NO.
12-08-00163-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

MICHAEL KENNEDY,        §          APPEAL
FROM THE 

APPELLANT

 

V.        §          JUSTICE
OF THE PEACE, PRECINCT 3

 

THE STATE OF TEXAS,

APPELLEE   §          ANDERSON
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
filed a notice of appeal from a conviction in justice court in Anderson County,
Texas.  On April 16, 2008, this court
notified Appellant by letter, pursuant to Texas Rule of Appellate Procedure
37.1, that the notice of appeal does not show the jurisdiction of this court
because a judgment from a justice court cannot be appealed directly to a court
of appeals.  See Tex. Code Crim. Proc. Ann. art.
45.042(a), (b) (Vernon 2006).  Appellant
was further informed that the appeal would be dismissed unless, on or before
April 28, 2008, the information received in the appeal was amended to show the
jurisdiction of this court.  

            Appellant’s
deadline for amending the information in this appeal has passed, and he has
neither shown the jurisdiction of this court or otherwise responded to this
court’s April 16, 2008 notice. 
Accordingly, this appeal is dismissed for want of jurisdiction.

Opinion delivered April 30,
2008.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

(DO NOT PUBLISH)